IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 12, 2010

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| | : | 18 U.S.C. §§ 3, 1114 & 1111 |
| FRANCISCO CARBAJAL FLORES, | : | (Accessory After the Fact for |
| also known as "Dalmata" | : | Murder of an Officer or Employee |
| | : | of the United States) |
| | : | |
| | : | 18 U.S.C. §§ 3, 1114 & 1113 |
| Defendant. | : | (Accessory After the Fact for |
| | : | Attempted Murder of an Officer |
| | : | or Employee of the United States) |
| | : | |
| | : | 18 U.S.C. §§ 3, 1116(a) & 1113 |
| | : | (Accessory After the Fact for |
| | : | Attempted Murder of an |
| | : | Internationally Protected Person) |
| | : | |
| | : | 18 U.S.C. §§ 3, 924(c) & 924(j)(1) |
| | : | (Accessory After the Fact for |
| | : | Using, Carrying, Brandishing and |
| | : | Discharging a Firearm During and |
| | : | in Relation to a Crime of Violence |
| | : | Causing Death) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about February 15, 2011, through on or about February 23, 2011, in the United

Mexican States ("Mexico"), which is outside the jurisdiction of any particular state or district of the United States, but within the extraterritorial jurisdiction of the United States and, therefore, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia, defendant **FRANCISCO CARBAJAL FLORES**, also known as **"Dalmata,"** and others, known and unknown to the Grand Jury, knowing that an offense against the United States has been committed, to wit, the murder of Immigration and Customs Enforcement ("ICE") Special Agent Jaime Zapata, an officer and employee of the United States and agencies in the executive branch of the United States Government, while such officer and employee was engaged in and on account of the performance of his official duties, in that defendant **FRANCISCO CARBAJAL FLORES**, also known as **"Dalmata,"** did receive, relieve, comfort and assist the offenders, namely Julian Zapata Espinoza (also known as "Piolin"), Ruben Dario Venegas Rivera (also known as "Catracho"), and another individual known to the Grand Jury, in order to hinder and prevent their apprehension, trial and punishment.

(**Accessory After the Fact for Murder of an Officer or Employee of the United States**, in violation of Title 18, United States Code, Sections 3, 1114 and 1111)

## COUNT TWO

On or about February 15, 2011, through on or about February 23, 2011, in Mexico, which is outside the jurisdiction of any particular state or district of the United States, but within the extraterritorial jurisdiction of the United States and, therefore, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia, defendant **FRANCISCO CARBAJAL FLORES**, also known as **"Dalmata,"** and others,

known and unknown to the Grand Jury, knowing that an offense against the United States has been committed, to wit, the attempted murder of ICE Special Agent Victor Avila, an officer and employee of the United States and agencies in the executive branch of the United States Government, while such officer and employee was engaged in and on account of the performance of his official duties, in that defendant **FRANCISCO CARBAJAL FLORES**, also known as **"Dalmata,"** did receive, relieve, comfort and assist the offenders, namely Julian Zapata Espinoza (also known as "Piolin"), Ruben Dario Venegas Rivera (also known as "Catracho"), and another individual known to the Grand Jury, in order to hinder and prevent their apprehension, trial and punishment.

**(Accessory After the Fact for Attempted Murder of an Officer or Employee of the United States**, in violation of Title 18, United States Code, Sections 3, 1114 and 1113)

## COUNT THREE

On or about February 15, 2011, through on or about February 23, 2011, in Mexico, which is outside the jurisdiction of any particular state or district of the United States, but within the extraterritorial jurisdiction of the United States and, therefore, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia, defendant **FRANCISCO CARBAJAL FLORES**, also known as **"Dalmata,"** and others, known and unknown to the Grand Jury, knowing that an offense against the United States has been committed, to wit, the attempted murder of ICE Special Agent Victor Avila, an internationally protected person, in that defendant **FRANCISCO CARBAJAL FLORES**, also known as **"Dalmata,"** did receive, relieve, comfort and assist the offenders, namely Julian Zapata Espinoza (also known as "Piolin"), Ruben Dario Venegas Rivera (also known as "Catracho"), and another

y
z

individual known to the Grand Jury, in order to hinder and prevent their apprehension, trial and punishment.

(**Accessory After the Fact for Attempted Murder of an Internationally Protected Person**, in violation of Title 18, United States Code, Sections 3, 1116(a))

## COUNT FOUR

On or about February 15, 2011, through on or about February 23, 2011, in Mexico, which is outside the jurisdiction of any particular state or district of the United States, but within the extraterritorial jurisdiction of the United States and, therefore, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia, defendant **FRANCISCO CARBAJAL FLORES**, also known as **"Dalmata,"** and others, known and unknown to the Grand Jury, knowing that an offense against the United States has been committed, to wit, using, carrying, brandishing, and discharging firearms, to include at least one semiautomatic assault weapon, during and in relation to a crime of violence for which each of them may be prosecuted in a court of the United States, that is in connection with the crime of murder of an officer and employee of the United States, the crime of attempted murder of an officer and employee of the United States, and the crime of attempted murder of an internationally protected person, causing the death of ICE Special Agent Jaime Zapata, which killing was murder as defined in Title 18, United States Code, Section 1111, in that defendant **FRANCISCO CARBAJAL FLORES**, also known as **"Dalmata,"** did receive, relieve, comfort and assist the offenders, namely Julian Zapata Espinoza (also known as "Piolin"), Ruben Dario Venegas Rivera (also known as "Catracho"), and another individual known to the Grand Jury, in order to hinder and prevent their

apprehension, trial and punishment.

(**Accessory After the Fact for Using, Carrying, Brandishing and Discharging a Firearm During and in Relation to a Crime of Violence Causing Death**, in violation of Title 18, United States Code, Sections 3, 924(c) and 924(j)(1))

A TRUE BILL

FOREPERSON

Ronald C. Machen, Jr. / JSB  
Attorney of the United States in  
and for the District of Columbia

Lanny A. Breuer / JSB  
Assistant Attorney General, Criminal  
Division, U.S. Department of Justice