# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No.: 11-143 (RCL) |
| | : | |
| **v.** | : | |
| | : | |
| **FRANCISCO CARBAJAL FLORES** | : | |
| also known as "Dalmata" | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

Pursuant to Local Criminal Rule 49(e)(1), please note that the United States of America, by and through undersigned counsel, today filed under seal a motion entitled "Government's Motion to Convert The November 10, 2015 Sentencing to a Status Hearing." This document is not available for public viewing.

A copy of the motion was served by e-mail on counsel for the defendant.

Respectfully submitted,

| | |
|---|---|
| VINCENT H. COHEN, JR.<br>Acting United States Attorney for the<br>Columbia | LESLIE R. CALDWELL<br>Assistant Attorney District of<br>General, Criminal Division |
| _____/s/_____<br>Michael C. DiLorenzo<br>(MD Bar No. 931214 0189)<br>Fernando Campoamor-Sanchez<br>(DC Bar No. 451210)<br>Jocelyn Ballantine<br>(CA 208267) | _____/s/_____<br>David N. Karpel<br>(CO Bar No. 17865)<br>Andrea Goldbarg<br>(NY Bar) |
| U.S. Attorney's Office<br>555 4th Street, NW – 11th Floor<br>Washington, D.C. 20530<br>(202) 252-7809<br>michael.dilorenzo@usdoj.gov<br>(202) 252-7924<br>fernando.campoamor-sanchez@usdoj.gov<br>(202) 252- 7252<br>jocelyn.ballantine@usdoj.gov | Criminal Division<br>U.S. Department of Justice<br><br>1301 New York Avenue, NW<br>Washington, D.C. 20005<br>(202) 307-5715<br>david.karpel@usdoj.gov<br>145 N Street, NE<br>East wing – 2nd Floor<br>Washington, D.C.  20530<br>(202) 616-2200<br>andrea.goldbarg@usdoj.gov |